It is so ordered.

s/Jeffrey J. Helmick     2/11/15
U.S. District Court Judge

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| SUSAN BRYAN, | ) | CASE NO.: 3:12-cv-02606 |
| | ) | |
| Plaintiff, | ) | JUDGE JEFFREY J. HELMICK |
| | ) | |
| v. | ) | |
| | ) | |
| DELIOTTE TAX LLP, ET AL., | ) | STIPULATED NOTICE OF DISMISSAL |
| | ) | |
| Defendants. | ) | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate that this action is dismissed with prejudice. Each party to bear its or her own costs.

/s/ Jill S. Kirila
Jill S. Kirila (0068593)
jill.kirila@squirepb.com
Meghan E. Hill (0078183)
Email:meghan.hill@squirepb.com
Squire Patton Boggs (US) LLP
2000 Huntington Center
41 South High Street
Columbus, Ohio  43215
(614) 365-2700
(614) 365-2499 (facsimile)
*Attorneys for Defendants*

/s/ Gregory A. Gordillo
Gregory A. Gordillo, Esq. (0063445)
ggordillo@valoregordillo.com
Michael J. Gordillo, Esq. (0073001)
mgordillo@valoregordillo.com
Bryan P. O'Malley (0040325)
bomalley@valoregordillo.com
Valore & Gordillo
21055 Lorain Rd.
Fairview Park, Ohio 44126
Ph: (440) 333-7330
Fax: (440) 333-7576
*Attorneys for Plaintiff Susan Bryan*

1

**CERTIFICATE OF SERVICE**

  On this 9th day of February, 2015, the foregoing *Stipulated Notice of Dismissal* was served on all parties and filed electronically using the court's ECF system.

           /s/ Gregory A. Gordillo
           *One of the Attorneys for Plaintiff Susan Bryan*